UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No.: 8:12-cr-302-T-33TBM

JUAN ISIDRO SANCHEZ-MARTINEZ

_____

**Order Reducing Defendant's Prison Term Under 18 U.S.C. § 3582(c)(2) Based on USSG Amend. 782**

This matter comes before the Court upon the filing of Defendant's Motion for Sentence Reduction Based on Amendment 782. (Doc. # 57). The United States Probation Office filed its Amendment 782 Memorandum on August 3, 2016. (Doc. # 61). The August 3, 2016, Amendment 782 Memorandum indicates that Defendant is eligible for a sentence reduction. (Id.). In addition, on August 17, 2016, counsel for the Defendant filed a notice indicating that neither the Defendant nor the Government objects to the Court reducing the Defendant's sentence in a manner consistent with the amended guideline calculations. (Doc. # 69). The Court agrees that he is eligible for a reduction and adopts the amended guideline calculations in the August 3, 2016, Amendment 782 Memorandum.

Having reviewed the facts in both the original presentence investigation report and the August 3, 2016, memorandum from the United States Probation Office in light of the factors in 18 U.S.C. § 3553(a)

1

and the need to consider the nature and seriousness of any danger posed by a reduction, see USSG § 1B1.10, comment (n.1(B)(ii)), the Court finds that a reduction of 27 months is warranted. If circumstances warrant, the Court may revisit this matter.

Thus:

(1) The Court grants the Defendant's Motion for a sentence reduction (Doc. # 57).

(2) The Court reduces the Defendant's prison term from 135 months to 108 months or time served, whichever is greater.

(3) Except as otherwise provided, all provisions of the Judgment dated February 28, 2013, shall remain in effect.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 26th day of August, 2016.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE